**ROCKARD J. DELGADILLO**, City Attorney
(SBN 125465x)
**LAURIE RITTENBERG**, Assistant City Attorney     **ENTER JS6**
(SBN 106683)
**PHILIP H. LAM**, Deputy City Attorney
(SBN 172428)
**HEATHER E. DAVIS**, Deputy City Attorney
(SBN 200971)
200 North Main Street, Room 900, City Hall East
Los Angeles, CA 90012
Telephone: (213) 473-6850 (Davis)
Facsimile: (213) 473-6818 (Davis)
E-mail: heather.davis@lacity.org; phil.lam@lacity.org

*Attorneys for Defendant City of Los Angeles, Board of Public Works*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIBRONIA

| | |
|---|---|
| RUTH OATES,<br><br>         Plaintiff,<br>   v.<br><br>CITY OF LOS ANGELES, BOARD OF PUBLIC WORKS,<br><br>         Defendant.<br>_____ | **CASE NO. CV07-02985-R (CTx)**<br><br>*Assigned to the Hon. Manuel L. Real*<br><br>**[*REVISED* PROPOSED] JUDGMENT ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: April 21. 2008<br>Time: 10:00 a.m.<br>Place: Courtroom of the Hon. Manuel L. Real |

The motion for summary judgment under Federal Rule of Civil Procedure 56 brought by Defendant City of Los Angeles, Board of Public Works came on regularly for hearing before this Court on April 21, 2008.

Attorney Stuart J. West appeared on behalf of Plaintiff Ruth Oates and Deputy City Attorney Heather E. Davis appeared on behalf of Defendant City of Los Angeles, Board of Public Works.

After considering the moving, opposing and reply papers, the arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED and ADJUDGED that this action is DISMISSED WITH PREJUDICE as to the moving Defendant and the Court finds:

1. Defendant's use of Plaintiff's work constitutes fair use;

2. Plaintiff's suit is barred by laches;

3. Plaintiff has not demonstrated the existence of a contract between herself and Defendant, but, assuming she has, Plaintiff's action is more properly one for breach of contract in state court; and

4. This Judgment shall be without prejudice to a further motion by Defendant for an award of attorney's fees pursuant to 17 U.S.C. § 505.

*IT IS SO ORDERED:*

__APRIL 23__, 2008         _____
                           **HONORABLE MANUEL L. REAL**
                           United States District Court Judge

1